IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01368-RM-BNB

TYRONE RICHARD ALLEN,

Applicant,

v.

CHARLIE A. DANIELS,

Respondent.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion for Leave to Amend Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241** [docket no. 13, filed June 21, 2013] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to file in the attachments to the Motion.

　　　IT IS FURTHER ORDERED that respondent is to file a response to the Application [1] on or before **August 7, 2013**.


DATED: July 24, 2013